FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-00028-RMP-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S EXPEDITED MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| JESUS ANTONIO ORTIZ-GONZALES, | **MOTIONS GRANTED (ECF Nos. 40, 41)** |
| Defendant. | |

Before the Court is Defendant's Expedited Unopposed Motion to Modify Conditions of Release, **ECF Nos. 40, 41**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant has recently obtained employment and requests permission to modify his curfew to accommodate his work schedule.

The Court finding good cause, **IT IS ORDERED** Defendant's Motions, **ECF Nos. 40, 41,** are **GRANTED**. Defendant's curfew, see *ECF No. 32, Condition #28*, is modified to require him to remain at his residence from 7:00 p.m. to 5:00 a.m. on workdays.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 4, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1