PS 8
(3/15)

Case 2:20-cr-00028-RMP    ECF No. 70    filed 01/20/21    PageID.383    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    Ortiz-Gonzales, Jesus Antonio    Docket No.    0980 2:20CR00028-RMP-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jesus Antonio Ortiz-Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of April 2020, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Jesus Antonio Ortiz-Gonzales is alleged to have violated standard condition number 9 of his pretrial supervision by ingesting methamphetamine on or about January 1, 2021, based on the client's admission of such use.

On April 14, 2020, the conditions of pretrial release supervision were reviewed with Mr. Ortiz-Gonzales. He acknowledged an understanding of his conditions, which included standard condition number 9.

Specifically, on January 14, 2021, the undersigned officer received a text message from the client noting that he had an emergency and he requested a return call from the undersigned officer. Upon returning the client's message, the client noted he was being terminated from his current housing provider effective that date due to allegations he was selling illicit substances. The client's then housing manager was subsequently contacted who confirmed the statement, and who noted that several current residents, as well as other residents from an altogether different community-based housing provider, had identified the client as the reason for their recent relapses while in the community. The provider further noted the client himself had additionally and previously admitted to ingesting methamphetamine a few weeks prior.

Mr. Ortiz-Gonzales again contacted the undersigned officer following the call with the provider, and confirmed that he had in fact ingested methamphetamine on or about January 1, 2021, but noted it had only occurred on one occasion. Mr. Ortiz-Gonzales cited current stress and anxiety caused by his upcoming Court date, but noted that he could cease his use of the substance. Mr. Ortiz-Gonzales adamantly denied he was selling illicit substances and indicated he would be foolish to even consider such a venture given his upcoming Court hearing before Your Honor.

Mr. Ortiz-Gonzales was reminded that his need to abide by his ordered conditions was his responsibility and he stated his understanding. Mr. Ortiz-Gonzales was advised that further misconduct could be reported to the Court for action, as this is now his fourth reported violation during the current ordered term of pre-trial release and he stated his understanding.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

PS-8
**Re: Ortiz-Gonzales, Jesus Antonio**
**January 20, 2021**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     January 20, 2021

by     s/Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

1/20/2021
Date