PROB 12C
(6/16)

Report Date: May 26, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Antonio Ortiz-Gonzales    Case Number: 0980 2:20CR00028-RMP-1

Address of Offender:                                                  Ephrata, Washington 98823

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 1, 2021

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 55 days            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Michael James Austen Ellis        Date Supervision Commenced: March 1, 2021

Defense Attorney:       Federal Defenders Office          Date Supervision Expires: February 29, 2024

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have violated standard condition number 5 by changing his living arrangements and failing to notify this officer on or before May 24, 2021.

On March 4, 2021, Mr. Ortiz-Gonzales' conditions of supervised release were reviewed with him telephonically, given the current and ongoing COVID-19 pandemic. On April 1, 2021, Mr. Ortiz-Gonzales reported to the U.S. Probation Office in Spokane, Washington, and signed his conditions of supervised release in person. Specifically, Mr. Ortiz-Gonzales was made aware by a U.S. probation officer that he must not change his address or living arrangements without prior approval from probation.

Prob12C
**Re: Ortiz-Gonzales, Jesus Antonio**
**May 26, 2021**
**Page 2**

On April 14, 2021, Mr. Ortiz-Gonzales obtained permission from probation to move from an Oxford house in Spokane, Washington, to a motel in Ephrata, Washington, to be closer to family for support. As soon as Mr. Ortiz-Gonzales arrived in Ephrata, he called this officer and stated he was staying at the Ephrata Inn Motel, room 107.

On May 24, 2021, this officer went to the Ephrata Inn to conduct an unannounced home visit. This officer spoke with the manager at the Ephrata Inn about Mr. Ortiz-Gonzales. The manager informed this officer that no one has stayed in room 107 for approximately 2 weeks. The manager stated Mr. Ortiz-Gonzales was not currently a guest at the hotel. After learning that Mr. Ortiz-Gonzales was not staying at the Ephrata Inn, this officer unsuccessfully attempted to contact Mr. Ortiz-Gonzales by telephone. Mr. Ortiz-Gonzales did not respond to this officer's attempts to contact him and his current whereabouts is unknown.

2     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have violated standard condition number 2 by not reporting as directed on May 17, 2021.

On March 4, 2021, Mr. Ortiz-Gonzales' conditions of supervised release were reviewed with him telephonically given the current and ongoing COVID-19 pandemic. On April 1, 2021, Mr. Ortiz-Gonzales reported to the U.S. Probation Office in Spokane, Washington, and signed his conditions of supervised release in person. Specifically, Mr. Ortiz-Gonzales was made aware by his U.S. probation officer that he must report to the probation officer as directed.

On May 10, 2021, Mr. Ortiz-Gonzales telephonically reported to this officer as directed. At the conclusion of the contact Mr. Ortiz-Gonzales was directed to continue calling this officer every week on Mondays to check in during the COVID-19 pandemic, as he had been doing since he relocated to Ephrata on April 14, 2021. Mr. Ortiz-Gonzales acknowledged the reporting instructions and made a commitment to telephonically report on May 17, 2021.

Mr. Ortiz-Gonzales failed to call this officer on May 17, 2021, and he has not attempted to contact this officer since May 10, 2021. Mr. Ortiz-Gonzales is not responding to this officer's attempt to contact him and his current whereabouts is unknown.

3     **Special Condition #1**: You must complete 80 hours of community service; the hours may be done at the rate of 10 hours per month.

**Supporting Evidence**: Mr. Ortiz-Gonzales is alleged to have violated special condition number 1 by failing to complete any community service hours since his release from custody on March 1, 2021.

On March 4, 2021, Mr. Ortiz-Gonzales' conditions of supervised release were reviewed with him telephonically given the current and ongoing COVID-19 pandemic. On April 1, 2021, Mr. Ortiz-Gonzales reported to the U.S. Probation Office in Spokane, Washington, and signed his conditions of supervised release in person. Specifically, Mr. Ortiz-Gonzales was made aware by his U.S. probation officer that he must complete 10 hours of community service per month.

Prob12C
Re: Ortiz-Gonzales, Jesus Antonio
May 26, 2021
Page 3

Mr. Ortiz-Gonzales has been reminded several times that he must complete at least 10 hours of community service per month as ordered by the Court. Mr. Ortiz-Gonzales was also directed to record his hours, and provide a name and telephone number for probation to verify his community service hours.

As of May 26, 2021, Mr. Ortiz-Gonzales has not provided probation with documentation showing he has completed any community service hours.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 26, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/26/2021
Date