Report Date: July 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Antonio Ortiz-Gonzales            Case Number: 0980 2:20CR00028-RMP-1

Address of Offender:                            Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 1, 2021

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 55 days              Type of Supervision: Supervised Release
                     TSR - 36 months

Revocation Sentence: Prison - 28 days
(June 30, 2021)      TSR - 35 months

Asst. U.S. Attorney: Michael James Austen Ellis    Date Supervision Commenced: July 9, 2021

Defense Attorney:    John Barto McEntire, IV       Date Supervision Expires: June 8, 2024

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 7 by being terminated from the RRC, based on his failure to abide by the RRC rules.<br><br>On June 30, 2021, the offender appeared before the Court for a supervised release revocation hearing. At that time, he was ordered to remain in custody until July 9, 2021, at which time he was to commence public law placement at the RRC. As ordered, he reported to the RRC on July 9, 2021, and he was directed to report to the U.S. Probation Office for his intake appointment on July 15, 2021.<br><br>On July 14, 2021, the RRC notified the undersigned that the offender's placement at the RRC was being terminated due to concerns about the safety of the other residents at the facility. Specifically, it was reported the offender had been intimidating residents at the |

RRC, namely sex offenders. According to his case manager, two residents of the RRC made confidential disclosures indicating Mr. Ortiz-Gonzales was openly discussing his efforts to identify the sex offenders in the facility so he could "put them in their place." The offender has reportedly been vocal about his disdain for sex offenders and allegedly has indicated sex offenders cannot sit at his table during meal time.

On July 13, 2021, RRC staff observed an interaction between Mr. Ortiz-Gonzales and another resident at the facility that they believed to be intimidating behavior exhibited by the offender.

A resident at the RRC also reported overhearing Mr. Ortiz-Gonzales having conversations about Surenos coming together to "stir shit up," because they want something "to go down."

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2021

s/Lori Cross

Lori Cross  
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action  
[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

7/14/2021

Date