PROB 12C
(6/16)

Report Date: October 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesus Antonio Ortiz-Gonzales | Case Number: 0980 2:20CR00028-RMP-1 |
| Address of Offender: | Spokane, Washington  99201 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 1, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 3 months<br>TSR - 32 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 30, 2021) | Prison - 28 days<br>TSR - 35 months | |
| Revocation Sentence:<br>(July 26, 2021) | Prison - 3 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: October 14, 2021 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: June 13, 2024 |

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of possession of child pornography on or about October 18, 2021, in violation of 18 U.S.C. § 2252A(a)(5)(B).<br><br>On October 14, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by the supervising officer that he must not commit another federal, state or local crime. |

On October 18, 2021, the residential reentry center (RRC) conducted a random search of Mr. Ortiz-Gonzales' cellular telephone. RRC staff discovered multiple pornographic images and videos, including one video that appeared to contain child pornography. Subsequently, his telephone was confiscated by the RRC for further review.

On October 19, 2021, Federal Bureau of Investigation (FBI) special agent Andrew Booth viewed the aforementioned video content and confirmed one of the videos contained child pornography. As of this writing, no charges have been filed.

2    **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by being terminated from the RRC on October 19, 2021, based on his failure to abide by RRC rules.

On October 14, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware that he must abide by the RRC rules.

As previously noted, on October 18, 2021, Mr. Ortiz-Gonzales' cellular telephone was confiscated by RRC staff after a routine search revealed his telephone contained pornography and suspected child pornography.

On October 19, 2021, Federal Bureau of Investigation (FBI) special agent Andrew Booth reviewed some of the content on the offender's cellular telephone and he confirmed one of the videos contained child pornography.

According to RRC rules, residents are prohibited from having pornographic pictures and/or videos on their cellular telephones.

Based on the information noted above, Mr. Ortiz-Gonzales' public law placement at the RRC has been terminated.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 19, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Ortiz-Gonzales, Jesus Antonio
October 19, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

10/20/2021
Date