PROB 12C
(6/16)

Report Date: October 24, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesus Antonio Ortiz-Gonzales | Case Number: 0980 2:20CR00028-RMP-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 1, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 3 months<br>TSR - 32 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 30, 2021) | Prison - 28 days<br>TSR - 35 months | |
| Revocation Sentence:<br>(July 26, 2021) | Prison - 3 months<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: October 14, 2021 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: June 12, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/20/2021.

On October 14, 2021, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 1 by failing to report to the U.S. Probation Office on October 20, 2022, following his release from custody. |

Prob12C
**Re: Ortiz-Gonzales, Jesus Antonio**
**October 24, 2022**
**Page 2**

On October 19, 2022, Mr. Ortiz-Gonzales contacted the U.S. Probation Office to advise he had not been released from the Spokane County Jail following his supervised release revocation hearing on October 18, 2022. At that time, he was instructed to report to the U.S. Probation Office for his intake appointment on October 20, 2022. at 10 a.m.

Mr. Ortiz-Gonzales was released from the Spokane County Jail on October 19, 2022. Following his release from custody, he failed to report to the U.S. Probation Office on October 20, 2022, as instructed. He has made no known efforts to contact the probation office since his release from custody and his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 24, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/24/2022
Date