PROB 12C
(6/16)

Report Date: December 7, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 08, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jesus Antonio Ortiz-Gonzales | Case Number: 0980 2:20CR00028-RMP-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉ Ephrata, Washington 98823 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: March 1, 2021 | |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 55 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 30, 2021) Prison - 28 days; TSR - 35 months | |
| Revocation Sentence: (July 26, 2021) Prison - 3 months; TSR - 32 months | |
| Asst. U.S. Attorney: Michael James Austen Ellis | Date Supervision Commenced: October 14, 2021 |
| Defense Attorney: John Barto McEntire, IV | Date Supervision Expires: June 12, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/20/2021 and 10/24/2022.

On October 14, 2021, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of False Statement to Public Servant, in violation of R.C.W. 9A.76.175, on or about November 3, 2022.<br><br>On or about November 3, 2022, Mr. Ortiz-Gonzales was arrested by the Grant County Sheriff's Department for false statement to public servant, case number 22-1-00499-4. Mr. Ortiz-Gonzales is presently in custody at the Grant County Jail and this matter is currently pending in Grant County Superior Court. |

Prob12C
Re: Ortiz-Gonzales, Jesus Antonio
December 7, 2022
Page 2

This officer has requested the incident report for the above-referenced incident; however, it is currently unavailable.

5    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Theft of a Motor Vehicle, in violation of R.C.W. 9A56.065, on or about November 3, 2022.

On or about November 3, 2022, Mr. Ortiz-Gonzales was arrested by the Grant County Sheriff's Department for theft of a motor vehicle, case number 22-1-00499-4. Mr. Ortiz-Gonzales is presently in custody at the Grant County Jail and this matter is currently pending in Grant County Superior Court.

This officer has requested the incident report for the above-referenced incident; however, it is currently unavailable.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 7, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

12/8/2022
Date